UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

FAISA M. ALI

                Plaintiff,                23-cv-8867 (KMK) (AEK)

  -against-                                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    *Pro Se* Plaintiff Faisa M. Ali commenced this action on October 6, 2023.  ECF No. 1. Pursuant to the Court's Standing Order In Re: Briefing of Social Security Cases, ECF No. 3, which was mailed to Plaintiff, Plaintiff's brief for the requested relief was to be served and filed by January 10, 2024.  Plaintiff neither filed her brief nor contacted the Court about an extension of time in which to do so.  Accordingly, the Court *sua sponte* extends the briefing schedule as follows:  (1) Plaintiff shall serve and file her brief by no later than **February 15, 2024**; (2) the Commissioner shall serve and file the Agency's brief by no later than **March 18, 2024**; and (3) Plaintiff shall serve and file her reply papers, if any, by no later than **April 1, 2024**.

    The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated:  January 16, 2024
          White Plains, New York

                                                      **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge