UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAISA ALI,

                Plaintiff,                23 **CIVIL** 8867 (KMK)(AEK)

      -v-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 29, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York

      October 30, 2024

                                               **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                        **BY:**  _____
                                                **Deputy Clerk**